# EXHIBIT A

# The Law Office of Breon L. Johnson

P.O. Box 72158
Rosedale, Maryland 21237
443-710-7474

Breon L. Johnson
main@bljohnsonlegal.com

---

| Mr. Kenneth Fitch | Ms. Phyllis Reinard | Ms. Deborah Heim | Ms. Mary Frye |
|---|---|---|---|
| 4102 Southfield Drive | 22 Windward Circle | 5705 Cold Lane Dr. | Rqfrye5609@gmail.com |
| Nottingham, MD 21236 | Littleton, NC 27850 | Welcome, MD 20693 | |

March 19, 2019

Re: **Kenneth Fitch, *et al.* v State of Maryland, *et al.***
**U.S. District Court for the District of Maryland**
Case No.: **1:18-CV-02817-PJM**

Dear All:

This letter is to advise you that I intend to seek withdrawal from the above captioned case on March 26, 2019 by filing the enclosed manual. As you are aware, you continue to be represented by the Law Offices of Deborah A. Hill. This correspondence only relates to my appearance and the appearance of the Law Office of Breon L. Johnson. Should you have any questions, please do not hesitate to contact my office. I am,

Very Truly Yours,

Breon L. Johnson

BLJ/mlw

Cc: Ms. Deborah A. Hill, Esq.
    File