IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH FITCH, *et al.*  \*

    Plaintiffs, \*

v. \* Case No. 1:18-CV-02817-PJM

STATE OF MARYLAND, *et al.* \*

    Defendant. \*

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Motion for Leave to Withdraw appearance of Breon L. Johnson and The Law Office of Breon L. Johnson as counsel for the Plaintiffs, it is hereby

ORDERED that the motion is GRANTED.

_____
Judge Messitte
United States District Judge