IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | | Case No.: **1:18-cv-02817-PJM** |
| | * | |
| **STATE OF MARYLAND**, *et al.*, | * | |
| Defendant, | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFFS' MOTION TO CERTIFY CLASS**

NOW COMES Plaintiffs by and through their undersigned legal counsel, on their own behalf and on behalf of all others similarly situated, hereby move this Court to certify this matter as a class action. In support of this motion, Plaintiffs contemporaneously serves with this motion their Memorandum of Law in Support of the Motion to Certify Class together with supporting documentation.

Respectfully,

*/s/ Deborah Hill*
Deborah A. Holloway Hill (Bar #28384)
102 W. Pennsylvania Avenue, Suite 102
Towson, MD 21204
O: (410) 428-7278
F: (866) 499-6906
DAHHLaw@outlook.com