# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (GREENBELT)

**KENNETH FITCH**, *et al.*,                    *

            Plaintiffs,          *

v.                                             Case No.: **1:18-cv-02817-PJM**

                       *

**STATE OF MARYLAND**, *et al.*,                *

            Defendants.          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF DEBORAH A. HOLLOWAY HILL

My name is Deborah A. Holloway Hill (Deborah Hill) and, on behalf of the Law Office of Deborah A. Holloway Hill, I am counsel for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the Motion to Certify Class and state the following:

1. I am the founding member of the Law Office of Deborah A. Holloway Hill, a general practice law firm based in Towson, Maryland.

2. Prior to founding the law firm, I was the Director of Bankruptcy Operations/ Managing Attorney at Morris|Hardwick|Schneider. Prior to that I served as law clerk in the United States Bankruptcy Court for the District of Maryland.

3. Counsel's efforts regarding this issue and the litigation have so far included extensive investigation over nine months, including numerous interviews with state retirees, current employees, witnesses, lawmakers, families, attorneys practicing in Maryland and, community members.  Counsel has coordinated outreach to the infirmed of this class and testified in front of the Maryland Senate and House of Delegates.  Counsel has done numerous hours of research on the State Health Plan and the laws surrounding its

enactment in order to compile a detailed understanding of federal law and practices as they relate to public sector employment. As a result, counsel has devoted enormous time and resources to becoming intimately familiar with the State Health Program and all the relevant laws and procedures relating to its enactment, governance and subsequent elimination.

4. Funds for this litigation are derived from donations from the WE MATTER RX Drug Coverage Group which is comprised of current and retired state employees who individually donate each month.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF.


  */s/ Deborah Hill*                May 25, 2019
**Deborah A. Holloway Hill**        Date