# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Kenneth Fitch, et. al.
**Plaintiff,**

v.                                    Case No. _____

State of Maryland, et. al.
**Defendant.**

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

Check one.

☐ Exhibit **A & B** which is an attachment to **Plaintiff's Motion to Certify Class and Memorandum in Support of Motion**

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ _____
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **Monday, June 3, 2019**.

**May 31, 2019**
Date

Signature

Deborah A. Holloway Hill (Bar No. 28384)
Printed Name and Bar Number

102 W. Pennsylvania Avenue, Suite 401,
Address

DAHHLaw@outlook.com
Email Address

(410) 428-7278
Telephone Number

(866) 499-6906
Fax Number

NoticeofFilingofDocumentUnderSeal (11/2017)