THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | | Case No.: **1:18-cv-02817-PJM** |
| | * | |
| **STATE OF MARYLAND**, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING LENGTHY EXHIBIT

Dear Clerk,

This Notice of Filing Lengthy Exhibit is being filed in compliance with the CMECF reminder. Exhibit A is 1,000 pages and cannot be uploaded into the electronic system. The original will be submitted within 24 hours of the filing to the Clerk's Office along with a courtesy copy to the Court.

Respectfully,

May 31, 2019  /s/ Deborah Hill
Date  Deborah A. Holloway Hill (Bar No. 28384)
  102 W. Pennsylvania Ave., Suite 401
  Towson, MD 21204
  O: (410) 428-7278
  F: (866) 499-6906
  DebHill@outlook.com

  Attorney for Plaintiffs