THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | |
|---|---|
| **KENNETH FITCH**, *et al.*, | * |
| Plaintiffs, | * |
| v. | Case No.: **1:18-cv-02817-PJM** |
| | * |
| **STATE OF MARYLAND**, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER CERTIFYING CLASS

**UPON CONSIDERATION** of the Plaintiffs" Motion to Certify Class and any response thereto the Court makes the following findings:

**THE COURT FINDS** that the Plaintiffs have satisfied the requirements under Federal Rule of Civil Procedure 23(a) and (b) for class certification;

**THEREFORE**, by the U. S. District Court for the District of Maryland, it is

**ORDERED,** that the Plaintiff's Motion to Certify Class, be and the same hereby is, **GRANTED**; and it is further

**ORDERED,** that the following class is certified:

All retired persons who vested in the State Employee and Retiree Health and Welfare Benefits Program prior to June 30, 2011 and their surviving spouses and/or dependents whose prescription drug benefits have been or will be impaired by the enforcement of the 2011 Budget and Reconciliation Act, or any other statute, law, rule, regulation, or plan document and, if such persons are now deceased or will be deceased prior to the conclusion of this lawsuit, all their living beneficiaries entitled to receive any damages set forth herein or retirement prescription drug coverage under the State Prescription Drug Coverage Plan, or their estates as applicable.
The class specifically includes:

**A. Medicare Eligible Retirees**.

1. All currently retired persons who vested in the State Employee and Retiree Health and Welfare Benefits Program and who are also eligible for benefits under Medicare Part D prescription drug coverage

2. All persons currently retired from the State of Maryland with more than 5 years of credible service and who are currently eligible for benefits under Medicare Part D prescription drug coverage by way of disability or age.

**B. Non-Medicare Eligible Retirees**.

All persons currently retired from the State of Maryland who began service before June 30, 2011, with at least 5 years of creditable service and who are currently not eligible for benefits under Medicare Part D prescription drug coverage by way of disability or age (65 or older).

**C. Employees with 5 years of credible service prior to June 30, 2011**.

All persons employed with the State of Maryland who began service before October 1, 2014 with at least 5 years of creditable service and who are not currently eligible for benefits under Medicare Part D prescription drug coverage by way of age (65 or older) or disability;

**AND IT IS FURTHER**

**ORDERED**, that Kenneth Fitch be, and the same hereby is, **APPOINTED** Class Representative; and it is further

**ORDERED** that the Law Office of Deborah A. Holloway Hill be, and the same hereby is, **APPOINTED** Class Counsel.

 

                                                _____
Judge Peter J. Messitte
U.S. District Court of Maryland

**Plaintiffs Proposed Order**  
**Page 3 of 27**

*Fitch, et al. State of MD et al.*  
**18-02817 - PJM**