THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | | Case No.: **1:18-cv-02817-PJM** |
| | * | |
| **STATE OF MARYLAND**, *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF FILING LENGTHY EXHIBIT**

**I HEREBY CERTIFY** that a copy of the Motion to Certify Class, Memorandum in Support, Declarations and Exhibits were serviced Electronically or by first class mail to:.

Adam D Snyder, Esquire
Sarah W. Rice, Esquire
Assistant Attorneys General
Office of Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202


May 31, 2019                                    */s/ Deborah Hill*
Date                                            Deborah A. Holloway Hill (Bar No. 28384)
                                                102 W. Pennsylvania Ave., Suite 401
                                                Towson, MD 21204
                                                O: (410) 428-7278
                                                F:  (866) 499-6906
                                                DebHill@outlook.com

                                                Attorney for Plaintiffs