# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF MARYLAND, *et al.*, <br><br> *Defendants*. | Civil Action No.: 18-CV-02817-PJM |

### MOVANTS' MOTION TO INTERVENE AND OBJECTION TO THE APPOINTMENT OF DEBORAH HOLLOWAY HILL AS SOLE CLASS COUNSEL AND KENNETH FITCH AS SOLE CLASS REPRESENTATIVE

The Movants, William A. Kahn, M. Catherine Orleman, Ann L. Heslin, Peta N. Richkus, Dana A. Reed, Larry W. Tolliver, Sheila M. Tolliver, William H. Kirk, Dawna M. Cobb, Edward S. Harris, Edward Robert Kemery II, Gerald Langbaum, Julia P. Davis, Laurence Levitan, and Thomas L. Osborne, Sr., by their undersigned attorneys, Melehy & Associates LLC, respectfully move this Court for leave to intervene as of right in this action pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative, for permissive intervention pursuant to Fed. R. Civ. P. 24(b), for the limited purpose of objecting to the appointment of Deborah Holloway Hill as sole class counsel and Kenneth Fitch as the sole class representative. In support of their Motion and Objection, the Movants rely on the attached Memorandum.

The Movants seek the following relief: (1) that the Court postpone any decision on class certification and the appointment of class counsel and class representatives until the Movants have had the opportunity to present proposed alternatives to the Court; (2) that the Court enter an order allowing Movants 60 days to identify candidates to potentially fill the role of class counsel; and

(3) once Movants identify potential class counsel who is willing to assume representation, that the Court appoints that counsel to represent the class.

The Movants may also propose new or additional class representatives so that all of the identified subclasses are adequately represented, and may potentially urge the Court to modify the class presently proposed by Ms. Hill.

Dated:  June 27, 2019                                               Respectfully submitted,


/s/  Omar Vincent Melehy
Omar Vincent Melehy (Bar No. 05712)
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland   20910
Tel.:    (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
*Attorneys for the Movants*