# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| KENNETH FITCH, *et al.*<br><br>    *Plaintiffs,*<br>v.<br><br>STATE OF MARYLAND, *et al.*,<br><br>    *Defendants.* | No.: 1:18-cv-02817-PJM |

## DECLARATION OF WILLIAM A. KAHN

1. I am William A. Kahn and am over the age of 18 years. I am competent to testify to the matters stated in this Affidavit about which I have personal knowledge.

2. I was employed by the State of Maryland ("State") from 1977 through December 31, 2003 as an assistant attorney general in the Office of the Attorney General ("OAG"). From 1983 until I retired, I was in charge of the Attorney General's Contract Litigation Unit (sometimes referred to as an OAG Division). My position was variously known as Chief, Principal Counsel, or Division Director of that Unit. At all relevant times, including on the date of my retirement, as a State employee, my wife and I received our medical insurance and our prescription drug benefits under the State employee health program benefits.

3. I retired at age 65 when I became Medicare-eligible and enrolled in Medicare Parts A and B. I continue to be Medicare-eligible and to be enrolled in Parts A and B.

4. From the date of my retirement through the present, I remain enrolled in the State health program, receiving my health insurance and my prescription drug coverage as a retiree. Because I am

1

enrolled in Medicare, Medicare is primary insurance and my State program health insurance (presently through UnitedHealthcare) is my supplemental insurance.

5. At all relevant times, my wife Sally was covered by both my employee and retiree health insurance and prescription drug benefits until her death on July 17, 2017.

7. I have been following this lawsuit since I learned last fall about the preliminary injunction and that the case was filed with the intention that it would be certified as a class action. On the basis of the facts relating to my State employment and retirement, I am of the firm belief that, if certification is ordered by the Court, I will be a member of the certified class no matter how that class may be defined.

8. Among other things, I have read a number of the pleadings filed in this case. On the basis of the information available to me, including the contents of the transcript of the hearing at the end of which the decision to issue the injunction was made, I was and remained concerned about the qualifications and capability of the plaintiffs' two attorneys to prosecute this litigation to a successful completion, especially if it evolves into a class action. Deborah Holloway Hill is the only remaining attorney representing the named Plaintiffs and she is seeking to be appointed as class counsel, I became very concerned that she is not able to properly represent the interests of the class, of which I am a part. She appears to be a sole practitioner, does not appear to have any class action experience nor does she appear to be familiar with the constitutional issues that are at the core of this action.

9. A big part of my concern is the number of potential members of the class which has been pled in the Complaint in this case.

10. It is critical that, if the Court is to certify this lawsuit as a class action, the attorneys who represent the class have the competence, ability, and resources that such major litigation requires. For

this and the other reasons stated, I join with the other intervenors in objecting in objecting to the appointment of Deborah Holloway Hill as class counsel.

On this 21st day of June 2019, 1 hereby declare under penalty of perjury that the foregoing is true and correct.

*William A. Kahn*
William A. Kahn