**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KENNETH FITCH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>STATE OF MARYLAND, *et al.*,<br><br>*Defendants*. | Civil Action No.: 18-CV-02817-PJM |

**ORDER**

UPON DUE CONSIDERATION of the Movants' Motion to Intervene and Objection to the Appointment of Deborah Holloway Hill as Sole Class Counsel and Kenneth Fitch as Sole Class Representative, and any opposition thereto, it is, this _____ day of _____, 2019, by the United States District Court for the District of Maryland, here

ORDERED, that the Motion is GRANTED.

_____
**JUDGE, FEDERAL DISTRICT COURT, DISTRICT OF MARYLAND**