## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STATE OF MARYLAND, *et al.*, <br><br> *Defendants*. | Civil Action No.: 18-CV-02817-PJM |

## NOTICE OF APPEARANCE

WILL THE CLERK, please enter the appearance of Omar Vincent Melehy and the law firm of Melehy & Associates LLC as counsel for the Movants/Intervenors in this matter.

Dated: June 28, 2019                     Respectfully submitted,


/s/ Omar Vincent Melehy
Omar Vincent Melehy (Bar No. 05712)
MELEHY & ASSOCIATES LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Tel.:   (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com
*Attorneys for the Movants/Intervenors*