# EXHIBIT C

# SHAME ON YOU
## OPEN LETTER TO LAWMAKERS WHO ISSUED OUR DEATH SENTENCE.

Shame on **YOU** Maryland State lawmakers. **YOU**\* have handed Retirees from the State of Maryland a **Death Sentence**. Did **YOU** review the facts of this issue before **YOU** voted to discontinue prescription drug benefits for State Retirees? Did **YOU** contemplate the consequences of your vote? Did **YOU** consider the 90,000 lives that would be forever affected? Or the State Employees now eligible for retirement?

- Fact:  The State Retirees paid into the State of Maryland Retirement System millions of dollars.
- Fact:  90,000 State Retirees were promised Health coverage and Prescription Drug Coverage by the State of Maryland.
- Fact:  These State Retirees were forced to go years without pay raises and stayed because of their retirement benefits.
- Fact:  These State Retirees were forced to furlough but stayed in their positions because of their retirement benefits.
- Fact:  **YOU** dropped prescription drug coverage in 2011 and didn't inform Retirees for Seven years.
- Fact:  Medicare Part D increases the cost of **one** cancer drug from $800 a year to $10,000 a year out of pocket costs. Can **YOU** afford that? They can't.
- Fact:  Medicare Part D increases the cost of **one** diabetes insulin from $200 a year to $2400.00 a year out of pocket costs. We have State Retirees who take three. Can **YOU** afford that? They can't.

Consequence: Since Medicare Part D does not cover all prescription drugs that was covered by Maryland Retirement System, many State Retirees will have to decide between food and medicine. With limited fixed income the choice has been made by **YOU**. Taking away their prescriptions is sentencing these State Retirees to a very unpleasant end to their lives.

    **YOU** balanced the budget on the backs of the State Employees. Taking their prescriptions away is the last straw. Do **YOU** remember that these same people put **YOU** back in office? They had no idea how **YOU** had destroyed their lives seven years ago. How could **YOU** look them in the eye and ask for their vote, knowing **YOU** had stripped them of their future? Was this your purpose or are **YOU** living in the Land of Oz without brains, courage or a heart?

    These workers are pleading for **YOU** to do the right thing. Reverse your stance and give them their drug coverage back. Hold a special session on this issue. If **YOU** weren't informed before **YOU** are now. Now knowing that without their medicine the life of a State Retiree will deteriorate slowly does that place this issue in perspective? What is the life of a State Retiree worth? Hopefully more than a pair of ruby red slippers.

    **YOU** now have the opportunity to right a wrong. To undo a grave injustice. Do the right thing. Value their lives, respect their sacrifices that ensured that Maryland kept its AAA bond rating. Do the right thing.

    \***YOU** refers to the lawmakers who voted to discontinue Prescription Drug Benefits to State Retirees.

See Attached List.

FROM: KEN FITCH ON BEHALF OF MARYLAND STATE RETIREES

### LEGISLATORS WHO TOOK AWAY DRUG COVERAGE who are STILL IN OFFICE

| County | Neme of Delegate or Senator | RUNNING IN 2018 election |
|---|---|---|
| Prince George | | |
| | Barnes, Ben | YES |
| | Benson, Joanne | YES |
| | Currie, Ulysses | NO |
| | Davis, Derek | YES |
| | Frush, Barbara | NO |
| | Gaines, Tawana | YES |
| | Healey, Anne | YES |
| | Howard, Carolyn | NO |
| | Holmes, Marvin | YES |
| | Miller, Thomas V. Mike | YES |
| | Muse, C. Anthony | NO |
| | Peters, Douglas, J | YES |
| | Pena-Melnyk, Joseline | YES |
| | Pinsky, Paul | YES |
| | Valderrama, K. | YES |
| | Valentino-Smith, G | YES |
| | Vallario, Joseph | NO |
| | Walker, Jay | YES |
| Somerset | | |
| | Mathias, James | YES |
| Washington | | |
| | Young, Ronald | YES |
| | Edwards, George | YES |
| Wicomico | | |
| | Mathias, James | YES |
| Worchester | | |
| | Mathias, James | YES |

## UPDATED
## LEGISLATORS WHO TOOK AWAY DRUG COVERAGE
### who are STILL IN OFFICE

| County | Name of Delegate or Senator | RUNNING IN 2018 election |
|---|---|---|
| Alleghany | | |
| | Beitzel, Wendell | YES |
| | Edwards, George | YES |
| Anne Arundel | | |
| | Astle, John | NO |
| | Barnes, Ben | YES |
| | Beidle, Pamela | NO |
| | Busch, Mike | YES |
| | Degrange, James | NO |
| | Frush, Barbara | NO |
| | Rosapepe, James | YES |
| | Sophocleus, A | NO |
| Baltimore City | | |
| | Anderson, Curt. | YES |
| | Branch, Talmadge | YES |
| | Clippinger, Luke | YES |
| | Conaway, Frank Jr. | YES |
| | Conway, Joan | NO |
| | Ferguson, Bill | YES |
| | Glenn, Cheryl | YES |
| | Haynes, Keith | YES |
| | McFadden, Nathaniel | NO |
| | McIntosh, Maggie | YES |
| | Rosenberg, Samuel | YES |
| | Washington, M | YES |
| Baltimore Co | | |
| | Bromwell, Eric | YES |
| | Kelley, Delores | YES |
| | Kasemeyer, Edward | NO |
| | Klausmeier, Katherine | YES |
| | Jones, Adrienne | YES |
| | Lafferty, Stephen | YES |
| | Morham, Dan | NO |
| | Stein, Dana | YES |
| | Zirkin, Bobby | YES |

| County | Name of Delegate or Senator | RUNNING IN 2018 election |
|---|---|---|
| UUPUPLEGISLATORS WHO TOOK AWAY DRUG COVERAGE   who are STILL IN OFFICE | | |
| Calvert | | |
| | Miller, Thomas V Mike | YES |
| Charles | | |
| | Jameson, Sally | NO |
| | Middleton, Thomas | NO |
| | Miller, Thomas V Mike | NO |
| | Wilson, C.T. | YES |
| Frederick | | |
| | Young, Ronald | Yes |
| Garrett | | |
| | Bietzel, Wendell | YES |
| | Edwards, George | YES |
| Howard | | |
| | Pendergrass, Shane | YES |
| | Turner, Frank | NO |
| Montgomery | | |
| | Barkley, Charles | NO |
| | Barve, Kumar | YES |
| | Carr, Alfred | YES |
| | Cullison, Bonnie | YES |
| | Dumais, Kathleen | YES |
| | Frick, William | NO |
| | Gilchrist, Jim | YES |
| | Guiterrez, Ana Sol | NO |
| | Hixon, Sheila | NO |
| | Kaiser, Anne | YES |
| | Kelly, Ariana | YES |
| | King, Nancy | YES |
| | Kramer, Ben | YES |
| | Luedtke, Eric | YES |
| | Madeleno, Richard | YES |
| | Manno, Roger | NO |
| | Miller, Ariana | NO |
| | Resnik, Kirill | YES |
| | Robinson, Shane | YES |
| | Waldstreicher, Jeff | YES |