IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| KENNETH FITCH, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CASE NUMBER: 18-02817-PJM |
| STATE OF MARYLAND, *et al.*, | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO REPLY

**UPON CONSIDERATION** of the Consent Motion for Extension of Time to Reply to the Defendants' Motion to Dismiss, Defendants' Opposition to Permanent Injunction and Defendants' Opposition to Class Certification, with the consent of Defendants, it is, this, __4__ day of March 2020

**ORDERED** that the Consent Motion be, and the same hereby is **GRANTED**; and it is further

**ORDERED** that the deadline for Plaintiffs' to file a Reply to the Defendants' Motion to Dismiss, Defendants' Opposition to Permanent Injunction and Defendants' Opposition to Class Certification is extended up to and including March 23, 2020.

_____
The Honorable Peter J. Messitte
Judge, U.S. District Court for the
District of Maryland