IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KENNETH FITCH, *et al.*, | * | |
|     *Plaintiffs*, | * | |
| v. | * | No. 1:18-cv-02817-PJM |
| STATE OF MARYLAND, *et al.*, | * | |
|     *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSOLIDATED MOTION TO DISMISS THIRD AMENDED COMPLAINT
AND AMENDED COMPLAINT IN INTERVENTION**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 21, and for the reasons stated in the accompanying memorandum, defendants State of Maryland, Governor Larry Hogan, Secretary of the Department of Budget and Management David R. Brinkley, Treasurer Nancy Kopp, Comptroller Peter Franchot, and the Board of Trustees of the Maryland State Retirement and Pension System, hereby move to dismiss the Third Amended Complaint for Declaratory and Other Relief (ECF 123) and the First Amended Complaint of Intervening Plaintiff AFSCME (ECF 131) for failure to state a claim.

                                                Respectfully submitted,

                                                BRIAN E. FROSH
                                                Attorney General of Maryland

                                                    /s/_____
                                                ADAM D. SNYDER (Bar No. 25723)
                                                Assistant Attorneys General
                                                Office of the Attorney General
                                                200 Saint Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                asnyder@oag.state.md.us

                                                 (410) 576-6398  
                                                 (410) 576-6955 (facsimile)

August 13, 2020                                        Attorneys for Defendants