IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**KENNETH FITCH**, *et al.*,

    Plaintiffs,

v.                                                  Civil No. **PJM 18-2817**

**STATE OF MARYLAND**, *et al.*

    Defendants.

## ORDER

In accordance with the Memorandum Opinion filed herewith, it is this 30 day of December, 2021

**ORDERED**

1. Defendant's Motion to Dismiss the Fitch Third Amended Complaint, ECF No. 140, is **DENIED IN PART** and **GRANTED IN PART**;

    a. Said Motion is **DENIED** with respect to Counts I, III, IV, V, and XII-A as to any Plaintiff who retired on or before December 31, 2018;

    b. Said Motion is **GRANTED** as to all other Counts and all other Plaintiffs in the Fitch Third Amended Complaint.

2. Defendant's Motion to Dismiss AFCSME Amended Complaint, ECF No. 140, is **GRANTED** in its entirety;

3. Counsel shall immediately consult with one another and advise the Court in writing within 30 days as to how the case should proceed from this point, *e.g.*, with discovery, evidentiary hearing, supplemental motions, or the like;

4. Counsel for the parties shall immediately consult with one another with regard to how to handle the Preliminary Injunction, *e.g.*, Should it remain in effect for a certain period of time before it is dissolved? Or should it be immediately dissolved pending the filing of a motion to stay?

A joint written submission to the Court with respect to the Preliminary Injunction shall be made within 30 days, during which time the Preliminary Injunction will remain in effect and the Court's present Order will be stayed.

5. Within the same 30 days, the Fitch Plaintiffs, AFCSME, and any Defendants may file a motion to stay enforcement, for a reasonable period of time, of the Order issued in conjunction with the Memorandum Opinion, to allow the parties time to transition their prescription current drug benefit program to an appropriate alternative and/or to consider an interlocutory appeal. Within 30 days thereafter, the parties may file oppositions to any motion to stay and, within 15 days after that, parties may file replies.

                                                /s/
                                  PETER J. MESSITTE
                            UNITED STATES DISTRICT JUDGE