USDC- GREENBELT
'22 JAN 24 AM 9:16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Kenneth Fitch, et al.,     \*

    \*

v.     Case No. 18-02817 PJM

State of Maryland, et al.,     \*

    \*

### NOTICE OF APPEAL

Notice is hereby given that __Michael Bridgett__,
(fill in names of all parties who are appealing)

__Plaintiffs__ in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the __PJM18-2817__
(indicate order or judgment)

entered in this case on __12/30/2021__.

__01/24/2022__
Date

_Michael Bridgett_ (signature)
Signature

Michael Bridgett
Printed Name and Bar Number

350 Jendan Way Apt 106 Prince Frederick MD 20678
Address

armycaptmike@gmail.com
Email Address

240-538-3894
Telephone Number

n/a
Fax Number

NoticeofAppeal (06/2016)

01/22/22

Attention: US District Court

In the matter of Kenneth Fitch, et al., VS State of Maryland, et al., I Michael Bridgett Plaintiff am representing myself requesting a stay of judgment till an appeal can be held on my behalf.

The Employee Retirement Income Security Act of 1974 (ERISA) is a federal law that sets minimum standards for most voluntarily established retirement and health plans in private industry to provide protection for individuals in these plans. Under this law employers are required to give 60 days' notice before any material modifications to your benefit coverage.

LII Electronic Code of Federal Regulations (e-CFR) Title 29 - Labor Subtitle B - Regulations Relating to Labor CHAPTER XXV - EMPLOYEE BENEFITS SECURITY ADMINISTRATION, DEPARTMENT OF LABOR SUBCHAPTER C - REPORTING AND DISCLOSURE UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 PART 2520 - RULES AND REGULATIONS FOR REPORTING AND DISCLOSURE § 2520.104b-3 Summary of material modifications to the plan and changes in the information required to be included in the summary plan description. Summary of material modifications to the plan and changes in the information required to be included in the summary plan description. The administrator of a group health plan, as defined in section 733(a)(1) of the Act, shall furnish to each participant covered under the plan a summary, written in a manner calculated to be understood by the average plan participant, of any modification to the plan or change in the information required to be included in the summary plan description, within the meaning of paragraph (a) of this section, that is a material reduction in covered services or benefits not later than 60 days after the date of adoption of the modification or change.

Notices regarding the imminent change were mailed to retirees in May 2018 but not to current state employees whom were vested or eligible for retirement. The state did not do their due diligence and failed to notify me of a modification of my contract when they altered the prescription drug coverage. If I had been made aware I would have retired before the new modifications had been put in place as I was vested and could have retired with full benefits prior to 12/2018.

Michael Bridgett
350 Jendan Way Apt 106
Prince Frederick, MD 20678
Phone: 240-538-3894
armycaptmike@gmail.com

Case Number: 18-02817 PJM