# Law Office of Deborah Hill, LLC
## ⚖ Attorney at Law
111 Warren Road, Suite 7B | Cockeysville, MD 21030 | O: 410.428.7278 |www.dahhlaw.com

Deborah A. Holloway Hill

January 24, 2022

**VIA CM/ECF**

The Honorable Peter J. Messitte
U.S. District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

        RE:    Fitch v. Maryland, 18-02817
                   December 30, 2021, Order

Dear Judge Messitte:

      I am writing this letter on behalf of my clients to formally protest the delay caused by the Defendants. Whether or not this delay is intentional, the Defendants' cooperation is necessary to comply with this Court's Order issued December 30, 2021, which requires that "counsel immediately consult with one another and advise the Court in writing within 30 days as to how the case should proceed from this point." A similar requirement was made by the Court regarding the status of the Preliminary Injunction. As a result of the Defendants delay in articulating their position to counsel we have been unable to do so.

      There have been two meetings. On both occasions I was informed that we would be advised of the State's position by January 21st.  On January 21st I was informed that Plaintiffs must wait until next week for a response. Since coordination of the course of this litigation requires the cooperation of each party this delay makes compliance a formidable task. Rushing through a course of action could lead to unintended consequences and as Plaintiffs' counsel I must draw the Court's attention to this matter.

      Counsel for the Plaintiffs has communicated in good faith. Our efforts have been stymied by this delay. Plaintiffs' ability to move forward with a timely cohesive plan has proven difficult and could signal the Defendants attitude toward discovery requests in the future, hence our notification to the Court about this issue.

January 24, 2021
Page 2

Please find below a summary of communications so far:

On Friday, December 31, 2021, counsel reached out to the Defendants' counsel and received a swift reply indicating that counsel was busy the upcoming week and would be available on Friday, January 7th.

On Monday, January 3rd counsel was informed that Friday was not good and set a day for initial conference for Monday, January 10th. (Defendants' counsel reached out on Tuesday, January 4th to change the date to Thursday, January 6th but Plaintiffs' counsel reviewed the communication too late to respond.)

On Monday, January 10th an initial telephone meeting took place. Counsel revealed her position and her suggestions on how to proceed. Based on that conversation, Defendants' counsel indicated that he would speak to his clients and give feedback on Friday, January 21st.

Another meeting was held on Friday, January 14th that included Plaintiffs' counsel, Defendants' counsel, and the Intervenor, AFSCME. Defendant's counsel again reiterated that he would not know anything until Friday, January 21st.

On Friday, January 21st, Plaintiffs' counsel was informed by Defendants' counsel that information regarding the Defendants position could not be communicated until this week.

On Monday, January 24, 2022, Defendants' counsel proposed a Motion to extend the response time for two weeks.

Counsel for the Plaintiffs has proceeded in good faith to comply with this Court's order within the allotted time frame. Our efforts have been stymied by this delay. Plaintiffs' ability to move forward with a timely cohesive plan has proven difficult and could signal the Defendants attitude toward discovery requests in the future, hence our notification to the Court about this issue.

Respectfully,

/s/

Deborah A. Holloway Hill

DAHH/sd
cc: All counsel of record
    (Via CM/ECF).