FILED: January 25, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-1078
(1:18-cv-02817-PJM)

_____

MICHAEL BRIDGETT

        Plaintiff - Appellant

and

KENNETH FITCH; PHYLIS REINARD; DEBORAH HEIM; MARY FRYE; DEBORAH MONROE; ALAN RIVKIN; HOWARD KILIAN; DEBORAH GARLITZ; MARK HENRY

        Plaintiffs

v.

STATE OF MARYLAND; GOVERNOR LARRY HOGAN; SECRETARY DAVID R. BRINKLEY; STATE TREASURER NANCY KOPP, Chairman of the SRPS Board of Trustees c/o Office of the Attorney General; STATE COMPTROLLER PETER FRANCHOT, Vice Chair of SRPS Board of Trustees c/o Office of Attorney General; SRPS BOARD OF TRUSTEES PENSION SYSTEM, c/o Office of Attorney General

        Defendants - Appellees

___

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:18-cv-02817-PJM |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 01/24/2022 |
| Appellant(s) | Michael Bridgett |
| Appellate Case Number | 22-1078 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |

USCA4 Appeal: 22-1078    Doc: 1    Filed: 01/25/2022    Pg: 2 of 2
Case 1:18-cv-02817-PJM   Document 153   Filed 01/26/22   Page 2 of 2