#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, | * |
| *Plaintiffs*, | * |
| v. | *   No. 1:18-cv-02817-PJM |
| STATE OF MARYLAND, *et al.*, | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION TO EXTEND TIME FOR RESPONDING TO COURT'S DECEMBER 30, 2021 ORDER

All parties represented by counsel in this matter jointly move to extend the time for responding to the Court's December 30, 2021 Order directing counsel to consult with one another and advise the Court in writing as to how the case should proceed from this point. In support of their motion, the parties state the following:

1. On December 30, 2021, this Court issued an Order denying in part and granting in part the motion to dismiss filed by defendants, the State of Maryland, Governor Larry Hogan, Secretary of the Department of Budget and Management David R. Brinkley, Treasurer Nancy Kopp, Comptroller Peter Franchot, and the Board of Trustees of the State Retirement and Pension System.  ECF 149.

2. In its Order, the Court directed counsel to "immediately consult" with one another and advise the Court in writing, within 30 days, as to "how the case should proceed from this point," ECF 149, ¶ 3, and "how to handle the Preliminary Injunction," *id*., ¶ 4.

The Order specified that "the Preliminary Injunction will remain in effect and the Court's present Order will be stayed" during that 30-day period.

3. The Order also provided that, "[w]ithin the same 30 days," any of the parties "may file a motion to stay enforcement, for a reasonable period of time, of the Order issued in conjunction with the Memorandum Opinion, to allow the parties time to transition their prescription current drug benefit program to an appropriate alternative and/or to consider an interlocutory appeal."

4. In accordance with the Order, the parties began the process of consulting with one another immediately following the Holidays and engaged in productive discussions about the topics identified in the Court's Order. As might be expected, the parties' positions on some of these topics hinge to some extent on how the State defendants propose to respond to the Court's Order.

5. Despite counsel's best efforts, counsel is not yet in a position to advise the other parties as to how the State—a multifaceted entity—proposes to proceed in the wake of the Court's Order. Counsel expects to be able to do so shortly, and that a two-week extension of the response time set forth in the Court's Order should suffice to allow the State to ascertain its position moving forward, advise the parties of that position, and conclude the consultation process called for in the Court's Order.

6. All counsel ask that the Court, if it grants additional time, specify in its extended Order that the Preliminary Injunction will remain in effect and the Court's Order will be stayed during the additional two-week period, ending on February 15, 2022, for all purposes, including to consider an interlocutory appeal.

7. All counsel have authorized the undersigned to represent that their clients join in seeking the relief requested by this motion.[1]

8. A proposed order is attached.

WHEREFORE, the represented parties respectfully request that the Court grant this motion and extend to February 15, 2022, the time for making the filings called for in the Court's December 30, 2021 Order, including the filing of motions for stay.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

　/s　
ADAM D. SNYDER (Bar No. 25723)
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
asnyder@oag.state.md.us
(410) 576-6398
(410) 576-6955 (facsimile)

January 26, 2022                                   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 26th day of January, 2022, the foregoing was served by CM/ECF on all registered CMF users.

　/s/　
Adam D. Snyder

---

[1] One of the plaintiffs identified in the Third Amended Complaint (ECF 123), Michael Bridgett, has filed an interlocutory appeal of the Court's December 30, 2021 Order, appearing pro se (ECF 150), and it is counsel's understanding that two other plaintiffs—Deborah Monroe and Deborah Garlitz—will be proceeding similarly. The representation that undersigned counsel makes about the parties' joining in this motion does not encompass any plaintiff who is no longer be represented by counsel in this matter.