IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, | * |
|     *Plaintiffs*, | * |
| v. | *   No. 1:18-cv-02817-PJM |
| STATE OF MARYLAND, *et al.*, | * |
|     *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the Joint Motion to Extend Time for Responding to Court's December 30, 2021 Order (the "Motion"), filed by defendants State of Maryland, Governor Larry Hogan, and Secretary of the Department of Budget and Management David R. Brinkley, and joined in by all parties represented by counsel, it is this \_\_\_\_ day of January, 2022 hereby

ORDERED that the Motion is granted;

ORDERED that 30-day periods specified in the Court's December 30, 2021 Order (ECF 149) are hereby extended to February 15, 2022, such that all filings made in response to the Order will be considered timely if filed by that date; and it is further

ORDERED that the Preliminary Injunction will remain in effect and the Court's December 30, 2021 Order will continue to be stayed until February 15, 2022, for all purposes, including for the parties to consider an interlocutory appeal.

 

_____
Peter J. Messitte
United States District Judge