**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Greenbelt)

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CASE NUMBER:  18-02817 |
| **STATE OF MARYLAND**, *et al.*, | * | |
| Defendant, | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**CONSENT MOTION TO VOLUNTARILY DISMISS ALL CLAIMS AS IT PERTAINS TO THE TRUST FUND FOUND IN COUNT IV & SPECIFIC DEFENDANTS <u>WITHOUT PREJUDICE</u>**

**NOW COMES** Plaintiffs, by and through their undersigned attorney, with consent of Defendants pursuant to Rule 41(a)(2), Rule 21 and 23(e) of the Federal Rules of Civil Procedure, hereby moves to voluntarily dismiss all claims as it Pertains to the Trust Fund Found in Count IV and specific Defendants from the Third Amended Complaint for Declaratory Judgment and Other Relief and states the following:

1. In its December 30, 2021, Order, the Court dismissed all seven Counts that asserted claims about the Trust Funds (i.e., Counts II, VI, IX, X, XII-B, XIII, and XIV) in the Third Amended Complaint, but left in place Count IV, which asserts claims for breach of contract relating to the management of the Post Retirement Health Benefits Trust Fund ("Trust Fund").

2. However, in footnote 10 of the December 30, 2021 Order[1] the Court explained that Count IV, although it is primarily aimed at the Trust Funds, incorporated the other

---

[1] The Court notes that, although the Fitch Plaintiffs' Breach of Contract claim (Count IV) is primarily aimed at allegations concerning the Trust Fund's purported mismanagement, elsewhere in the Complaint, which is incorporated in Count IV, Plaintiffs also allege breach of contract based on Maryland purportedly unreasonable modifications to

1

allegations of the complaint, which means that it remained viable as to Maryland's modifications to the retiree prescription drug benefit program.

3. The Plaintiffs and the Defendants understand that Count IV does not remain viable with respect to the Trust Fund claims and that the Treasurer, Comptroller, and Board Trustees are thus dismissed from Count IV and all other remaining Counts in this case.

4. With agreement of the Defendants, Plaintiffs seek to voluntarily dismiss all claims found in Count IV that pertain to the Trust Fund however Plaintiffs will proceed with all claims in Count IV as to the incorporated Breach of Contract claim for modification of the State's Prescription Drug Coverage.  See Fed. R. Civ. P. 41(a)(2) (permitting voluntary dismissal with permission of the Court),

5. With agreement of the Defendants, Plaintiffs seek to voluntarily dismiss Defendant Nancy Kopp, Defendant Peter Franchot, and Defendant SRPS Board of Trustees, Without Prejudice.  See Fed. R. Civ. P. 21. ("On motion or on its own, the court may at any time, on just terms, add or drop a party.")

6. Dismissing all claims pertaining to the Trust Fund found in Count IV and these specific Defendants will not have any prejudicial effect on this case, instead it streamlines the issue and promotes efficient judicial review of the core issue in this case.

7. Plaintiffs are moving promptly to voluntarily dismiss all claims pertaining to the Trust Fund found in Count IV and these specific Defendants before the commencement of discovery and before any responsive pleadings are filed.

---

the prescription drug benefits program.  See Fitch Complaint introductory statement (stating the Plaintiffs have a vested right i.e., contractual right, to the prescription drug program and that "[t]he Defendants have or will breach their contracts with the Plaintiffs"). *Court Memorandum Opinion ECF 149.*

**WHEREFORE** Plaintiffs respectfully request that this Court grant their Consent Motion to Voluntarily Dismiss all claims as it pertains to the Trust Fund found in Count IV, Without Prejudice and dismiss Defendant Nancy Kopp, Defendant Peter Franchot and Defendant SRPS Board of Trustees, Without Prejudice.

                                            Respectfully submitted

Date:   February 16, 2022                              /s/
                                                      _____
                                                      Deborah A. Holloway Hill (Bar #28384)
                                                      P.O. Box 465
                                                      Cockeysville, MD 21030
                                                      P: (410) 428-7278
                                                      F: (866) 499-6906
                                                      dahhlaw@outlook.com

                                                      *Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al*., | * | |
| Plaintiffs, | * | |
| v. | | Case No.: **1:18-cv-02817-PJM** |
| | * | |
| **STATE OF MARYLAND**, *et al*., | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that a copy of the Consent Motion to Voluntarily Dismiss all Claims Pertaining to the Trust Fund Found in Count IV & Specific Defendants were serviced Electronically using the CMECF system to:

| | |
|---|---|
| Adam D Snyder, Esquire | David Gray Wright, Esquire |
| Assistant Attorneys General | Kahn, Smith & Collins, P.A. |
| Office of Attorney General | 201 North Charles Street, 10th Floor |
| 200 Saint Paul Place, 20th Floor | Baltimore, MD 21201 |
| Baltimore, Maryland 21202 | |

**I HEREBY CERTIFY** that a copy of the Consent Motion to Voluntarily Dismiss all Claims Pertaining to the Trust Fund Found in Count IV & Specific Defendants were serviced by first class mail to:

| | |
|---|---|
| Michael Bridgett | Deborah Monroe |
| 350 Jendan Way, Apt 106 | 9924 Sun Seeker Drive |
| Prince Frederick, MD 20678 | Venice, Florida 34292 |

Deborah Garlitz
212 McKennel Road
Lonacoming, MD 21259

<u>February 16, 2022</u>             /s/
        Date                  _____
                              Deborah A. Holloway Hill (#28384)
                              P. O. Box 465
                              Cockeysville, MD 21030