# IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | CASE NUMBER: 18-02817 |
| **STATE OF MARYLAND**, *et al.*, | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
## MICHAEL BRIDGETT, DEBORAH MONROE, & DEBORAH GARLITZ

NOW COMES the Law Office of Deborah Hill, LLC, and Deborah A. Holloway Hill pursuant to Local Rule 101(2)(a), files this Motion to Withdraw as Counsel for Michael Bridgett, Deborah Monroe and Deborah Garlitz and states in support the following:

1. On January 7, 2022, counsel was advised by Plaintiff Michael Bridgett, Plaintiff Deborah Garlitz and Plaintiff Deborah Monroe that they would be proceeding pro se.

2. On January 18, 2022, counsel was contacted by Michael Bridgett who stated that he was filing a Notice of Appeal on behalf of himself, Deborah Garlitz and Deborah Monroe.

3. Counsel advised Defendants' attorney on January 18, 2022.

4. On January 21, 2022, Plaintiff Michael Bridgett filed a Notice of Appeal, pro se, on behalf of himself, Plaintiff Deborah Monroe, and Deborah Garlitz to appeal this Court's Order issued December 30, 2021,

5. This action discharged counsel from further representation of those parties in this matter.

6. On January 28, counsel emailed and mailed by first-class mail the attached letter to Michael Bridgett, Deborah Monroe and Deborah Garlitz.

WHEREFORE, the Law Office of Deborah Hill, LLC and Deborah A. Holloway Hill respectfully requests this Court grant leave to withdraw as attorney of record for Michael Bridgett, Deborah Monroe and Deborah Garlitz.

                                            Respectfully Submitted

February 16, 2022                               /s/_____
Date                                          Deborah A. Holloway Hill (Bar # 28384)
                                              P.O. Box 465
                                              Cockeysville, MD 21030
                                              O: 410.428.7278
                                              F:  866.499.6906
                                              dahhlaw@outlook.com