## IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| **KENNETH FITCH,** *et al.,* | * | |
| Plaintiffs, | * | |
| v. | * | **CASE NUMBER: 18-02817** |
| **STATE OF MARYLAND,** *et al.,* | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

UPON CONSIDERATION of the Consent Motion to Voluntarily Dismiss all claims pertaining to the Trust Fund in Count IV and Specific Defendants, without prejudice, it is, this 17 day of Feb 2022 by the U.S. District Court for the District of Maryland

ORDERED that the Motion be and the same hereby is, GRANTED; and it is further

ORDERED that all Claims pertaining to the Trust Fund in Count IV, be, and the same hereby is DISMISSED, without prejudice; and it is further

ORDERED that the Defendant, Nancy Kopp, Defendant Peter Franchot, and Defendant SRPS Board of Trustees be and the same hereby are, DISMISSED, without prejudice.

Peter J. Messitte
United States District Judge