IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KENNETH FITCH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. **PJM 18-2817** |
| **STATE OF MARYLAND**, *et al.* | * | |
| Defendants. | * | |

## FINAL ORDER OF JUDGMENT

## AND ORDER OF DECLARATORY JUDGMENT

The Court, pursuant to its Order and Memorandum Opinion dated December 30, 2021, ECF Nos. 148 and 149, has granted the motion of Defendants to dismiss all claims of Plaintiff AFSCME, ECF No. 140. The Court, consistent with its reasoning set out in the Memorandum Opinion, and in light of the joint submission of the parties' dated February 14, 2022, ECF No. 157, finds that there is no just reason to delay the entry of final judgment as to Plaintiff AFSCME.

Accordingly, it is this 23 day of February 2022,

**ADJUDGED, ORDERED, and DECREED as follows:**

1. The facts alleged show that there is a substantial controversy between AFSCME and the State involving adverse legal interests of sufficient immediacy and importance to warrant the issuance of a declaratory judgment;

2. The controversy concerns the entitlement to prescription drug benefits of active Maryland state employees under Md. Code Ann., State Pers. & Pens. ("SPP") § 2-508(b), § 2-509, and § 2-509.1 ("State law");

3. Under State law, Maryland created a unilateral contract with respect to prescription drug benefits that became binding upon the fulfillment by certain retirees of specific conditions;

4. Under State law, by virtue of their current employment status, active State employees have no vested entitlement to the prescription drug benefits established in the law;

5. Active State employees have failed to satisfy all conditions precedent to enforce the contract;

6. As such, AFSCME's claims on behalf of active employees – that the State breached its contract and/or unconstitutionally impaired the contract with respect to providing prescription drug benefits at retirement – fail.

**And it is, further ORDERED**:

1. Defendants' Motion to Dismiss as to Plaintiff AFSCME is **GRANTED**;

2. Final Order of Judgment is **ENTERED** against AFSCME and in favor of Defendants, pursuant to Fed. R. Civ. P. 54(b);

3. The Clerk of the Court is directed to **CLOSE** the case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE