IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | |
|---|---|
| **KENNETH FITCH,** *et al.*, | * |
| Plaintiffs, | * |
| v. | *    CASE NUMBER: 18-02817 |
| **STATE OF MARYLAND,** *et al.*, | * |
| Defendant, | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion for Leave to Withdraw as Counsel for Michael Bridgett, Deborah Monroe and Deborah Garlitz, and any response thereto, it is this, _1_ Day of ___March___, 2022 by the U.S. District Court for the District of Maryland

ORDERED that the Motion be and the same hereby is, GRANTED; and it is further

ORDERED that the Law Office of Deborah Hill, LLC and Deborah A. Holloway Hill, be and the same hereby are, WITHDRAWN as counsel for Michael Bridgett, Deborah Monroe and Deborah Garlitz.

_____
Judge Peter Messitte
U.S. District Court for the District of Maryland