**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | | |
|---|---|---|
| KENNETH FITCH, *et al.*, | * | |
| Plaintiffs, | * | Case No. 1:18-cv-02817-PJM |
| v. | * | |
| STATE OF MARYLAND, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AFSCME'S RESPONSE TO DEFENDANTS' MOTION TO CERTIFY
INTERLOCUTORY APPEAL OF DECEMBER 30, 2021 MEMORANDUM OPINION**

Intervening Plaintiff the American Federation of State, County, and Municipal Employees, Council 3 ("AFSCME"), by and through undersigned counsel, submit this response to the State Defendants' Motion to Certify Interlocutory Appeal of the Court's December 30, 2021 Memorandum Opinion. (ECF 167).

AFSCME agrees that the dispute and current posture of this case meets the three-part test for certification under 28 U.S.C. § 1292(b), and agrees that the Court should certify this question for interlocutory appeal. The most efficient and just course is to resolve the substantive legal issues addressed thus far, before proceeding with discovery and prior to any hearing on the second part of the *City of Frederick v. Quinn* test. 35 Md. App. 626 (1977) (requiring a hearing to determine whether there was a "reasonabl[e] modification [of] the plan, or … a simultaneous offsetting new benefit or liberalized qualifying conditions"). AFSCME disagrees, naturally, with Defendants' arguments regarding the substantive legal issue and the ultimate result of this appeal. This disagreement does not affect the propriety of § 1292(b) certification. AFSCME therefore joins the motion insofar as it requests § 1292(b) certification of Defendants' interlocutory appeal.

WHEREFORE AFSCME expresses no objection to Defendants' Motion to Certify Interlocutory Appeal of the Court's December 30, 2021 Memorandum Opinion.

| | |
|---|---|
| Date: April 1, 2022 | Respectfully submitted, |
| | /s/ David Gray Wright<br>Joel A. Smith (Bar No.00989)<br>David Gray Wright (Bar No. 29240)<br>David Maher (Bar No. 20634)<br>Kahn Smith & Collins, P.A.<br>201 North Charles Street, 10th Floor<br>Baltimore, Maryland 21201<br>(410) 244-1010<br>(410) 244-8001 fax<br>smith@kahnsmith.com<br>wright@kahnsmith.com<br>maher@kahnsmith.com<br><br>*Attorneys for Intervening Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2022, the foregoing was electronically filed with the Court using the CM/ECF system which will then send electronic notification of the filing to all counsel of record by electronic mail, and by first-class mail to pro se plaintiffs:

/s/ David Gray Wright
David Gray Wright