FILED: May 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1078
(1:18-cv-02817-PJM)

———————————

MICHAEL WAYNE BRIDGETT

    Plaintiff - Appellant

and

KENNETH FITCH; PHYLIS REINARD; DEBORAH HEIM; MARY FRYE; DEBORAH MONROE; ALAN RIVKIN; HOWARD KILIAN; DEBORAH GARLITZ; MARK HENRY

    Plaintiffs

v.

STATE OF MARYLAND; GOVERNOR LARRY HOGAN; SECRETARY DAVID R. BRINKLEY; STATE TREASURER NANCY KOPP, Chairman of the SRPS Board of Trustees c/o Office of the Attorney General; STATE COMPTROLLER PETER FRANCHOT, Vice Chair of SRPS Board of Trustees c/o Office of Attorney General; SRPS BOARD OF TRUSTEES PENSION SYSTEM, c/o Office of Attorney General

    Defendants - Appellees

———————————

O R D E R

———————————

The court grants the motion of Adam D. Snyder to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk