**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

KENNETH FITCH, ET AL.,                          *

       *Plaintiffs*,                          *

       v.                          *          No. 1:18-cv-02817-PJM

STATE OF MARYLAND, ET AL.                          *

       *Defendants*.                          *

*   *   *   *   *   *   *   *   *   *   *   *   *

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
DISSOLUTION OF PRELIMINARY INJUNCTION**

Defendants hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on all claims in the third amended complaint (ECF 123). The grounds for this motion are set forth in the memorandum of law filed herewith and incorporated by reference herein.  For these same reasons, the preliminary injunction entered by this Court on October 16, 2018 (ECF 31) should be dissolved.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court (1) enter summary judgment in favor of defendants on all claims in the third amended complaint, and (2) dissolve the preliminary injunction entered by this Court on October 16, 2018.

Respectfully Submitted,

ANTHONY G. BROWN
Attorney General of Maryland

  /s/ John J. Kuchno
JOHN J. KUCHNO
Federal Bar No. 04211
RYAN R. DIETRICH
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7847
(410) 576-6955 (facsimile)

Dated: February 24, 2023              Attorneys for Defendants