UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Fitch et al v. State of Maryland et al
Civil No. PJM 18-2817

DATE: March 22, 2022

\* \* \*

The Court has received Defendants' Motion for Summary Judgment and Dissolution of Preliminary Injunction and Plaintiffs' Opposition to the same. Assuming Defendants' argument is well-taken, the Court would like to hear from the parties:
- What would be the immediate impact of granting Defendants' Motion for Summary Judgment and Dissolution of the Preliminary Injunction?
- Would drug benefits to current or former state employees cease immediately?
- Would there be a legal basis for establishing a transition period?
- If Plaintiffs were lose and appeal, would there be legal basis for a stay?

Defendants shall have twenty (20) days to submit their written response to the Court's inquiry. Plaintiffs will have twenty (20) days thereafter to respond. Defendants will then have ten (10) days to reply. Oral argument will be set thereafter.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File