IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Greenbelt)

| | | |
|---|---|---|
| **KENNETH FITCH,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | **CASE NUMBER: 18-02817-PJM** |
| **STATE OF MARYLAND,** *et al.*, | * | |
| Defendant, | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of the Plaintiffs' Consent Motion for Leave to File the corrected Memorandum in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and For Dissolution of Preliminary Injunction and with Defendants' consent, it is, this,

__21__ day of __MAR__ 2023

**ORDERED** that the Motion be, and the same hereby is **GRANTED**.

_____
Judge Messitte