# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KENNETH FITCH, *et al.*,

    *Plaintiffs*,

v.

STATE OF MARYLAND, *et al.*,

    *Defendants*.

Case No. 1:2018-cv-02817-PJM

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the motion to withdraw appearance of counsel, filed by defendant the State of Maryland, any response thereto, and all matters of record, according to Local Rule 101.2(b)(1), and where other counsel has entered their appearance for the State, it is

ORDERED that the motion is granted; and it is further

ORDERED that the appearance of Justin E. Fine is withdrawn as counsel for the State.

6/20/23
Date

Peter J. Messitte,
United States District Judge