IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil No. **PJM 18-2817** |
| STATE OF MARYLAND, *et al.* | * |
| Defendants. | * |

## ORDER

In accordance with the Memorandum Opinion filed herewith, it is this **19** day of July, 2023

**ORDERED**

1. Defendants' Motion for Dissolution of the Preliminary Injunction, ECF No. 196, is **GRANTED**;

2. Defendants' Motion for Summary Judgment, ECF No. 196, is **DEFERRED**;

3. Plaintiffs' Motion for Leave to File Third Motion for Class Certification, ECF No. 197, is **DENIED**;

4. By July 31, 2023, Plaintiffs may provide additional briefing addressing possible alternative causes of action for fraud and restitution as opposed to any action for breach of contract. Within 30 days thereafter, Defendants may file an Opposition, including a Motion for Summary Judgement, and within 15 days after that, Plaintiffs may file a Reply.

/s/
**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE