IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, | * |
| Plaintiffs, | * |
| v. | * No. 1:18-cv-02817-PJM |
| STATE OF MARYLAND, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the motion to withdraw the appearance of counsel filed by defendants the State of Maryland, *et al.*, any response thereto, and all matters of record, according to Local Rule 101.2(b)(1), and where other counsel has entered an appearance for these defendants, it is

ORDERED, that the motion GRANTED; and it is further

ORDERED, that the appearance of John J. Kuchno is withdrawn.

8/1/23
Date

Peter J. Messitte
United States District Court Judge