IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH FITCH, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Civil No. **PJM 18-2817** |
| STATE OF MARYLAND, *et al.* | * |
| Defendants. | * |

## FINAL ORDER OF JUDGMENT

In accordance with the Memorandum Opinion filed herewith, it is this 29 day of September, 2023

**ORDERED**

1. Defendants' Motion for Summary Judgment, ECF No. 196, is **GRANTED**.

2. The Case is now **DISMISSED** in its entirety; and

3. The Clerk shall **CLOSE** the Case.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**