FILED: May 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2135 (L)
(1:18-cv-02817-PJM)

_____

KENNETH FITCH; PHYLIS REINARD; DEBORAH HEIM; MARY FRYE; ALAN RIVKIN; HOWARD KILIAN

      Plaintiffs - Appellants

and

MICHAEL WAYNE BRIDGETT; DEBORAH MONROE; DEBORAH GARLITZ; MARK HENRY

      Plaintiffs

v.

STATE OF MARYLAND; WES MOORE, Governor of Maryland; HELEN T. GRADY, Secretary of Budget and Management

      Defendants - Appellees

and

DERECK E. DAVIS, State Treasurer; BROOKE E. LIERMAN, State Comptroller; SRPS BOARD OF TRUSTEES PENSION SYSTEM, c/o Office of Attorney General

      Defendants

_____

No. 24-2266
(1:18-cv-02817-PJM)

_____

KENNETH FITCH; PHYLIS REINARD; DEBORAH HEIM; MARY FRYE; ALAN RIVKIN; HOWARD KILIAN

  Plaintiffs - Appellants

 and

MICHAEL WAYNE BRIDGETT; DEBORAH MONROE; DEBORAH GARLITZ; MARK HENRY

  Plaintiffs

v.

STATE OF MARYLAND; HELEN T. GRADY, Secretary of Budget and Management; WES MOORE, Governor of Maryland

  Defendants - Appellees

 and

SRPS BOARD OF TRUSTEES PENSION SYSTEM, c/o Office of Attorney General; DERECK E. DAVIS, State Treasurer; BROOKE E. LIERMAN, State Comptroller

  Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgments of the district

court are affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK