# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 21, 2025

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:  Kenneth Fitch, et al.
            v. Maryland, et al.
           No. 25-214
           (Your No. 23-2135, 24-2266)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 18, 2025 and placed on the docket August 21, 2025 as No. 25-214.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Angela Jimenez
                                Case Analyst